IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| Michael Geiger | ) Civil Action No. 10-5068 |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| Law Office of Vincent P. Cignarale, LLC | |
|     Defendant | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MICHAEL GEIGER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                BY: /s/ Brent F. Vullings
                      Brent F. Vullings, Esquire
                      Attorney for Plaintiff
                      Attorney I.D. #92344
                      Warren & Vullings, LLP
                      93 Old York Road
                      Jenkintown, PA  19046
                      215-745-9800